# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

SEP - 7 2010

Writer's direct phone
(212) 218-5586

Writer's e-mail
ajeffrey@seyfarth.com

Writer's direct fax
917-344-1204

September 7, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/10

**VIA FACSIMILE (212) 805-7948**

The Honorable Richard J. Holwell
United States District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

SEP - 7

Re:   *Edelman Arts, Inc. v. Art International (UK), Ltd.*
      No. 2006 Civ. 00410 (RJH)

Dear Judge Holwell:

This firm is counsel for Art International (UK), Ltd., the named defendant in the above-captioned action. We write to request (a) an adjournment of the current trial date of October 17, 2010, to a date during the week of November 15, 2010; (b) an adjournment of the pre-trial conference currently scheduled for September 29, 2010, to a date approximately two weeks in advance of the new trial date, and (c) the opportunity to submit a reply in further support of Defendant's motion *in limine* on or before October 15, 2010.

As Your Honor will recall, the trial in this action was originally scheduled for July 28, 2010, but was adjourned to October 17 after Plaintiff failed to submit requisite pre-trial submissions in accordance with Your Honor's Individual Rules. When Mr. Harrington of your Chambers advised us of the new trial date, he also advised us that the Court would entertain a request for an adjournment if the October date was not convenient for the parties. As I advised your Chambers by telephone, our client, which is a London-based art dealer, has multiple, annual international art-industry business conflicts throughout the month of October, which not only conflict directly with the current October 17 trial date, but which also render meeting with our client and preparing for an October trial impracticable. We advised our adversary of our client's conflicts and requested that Plaintiff consent to and join in this application, but Plaintiff refused to do so. We therefore request on behalf of Defendant that the trial be rescheduled to a date during the week of November 15, 2010, which I understand from your Chambers is available on your current trial calendar. In light of the foregoing request, we also request that the pre-trial



The Honorable Richard J Holwell
September 7, 2010
Page 2

conference in this matter also be adjourned to a date approximately two weeks in advance of the new trial date.

Finally, we also request the opportunity to submit a reply in further support of our motion *in limine* on or before October 15, 2010. Such motion addresses several significant evidentiary issues, the resolution of which will have a substantial impact upon the trial of this matter. Plaintiff's opposition raises several arguments that we believe should be fully briefed for Your Honor's convenience.

Thank you for your attention to this matter.

Respectfully yours,

SEYFARTH SHAW LLP

Alexander M. Jeffrey, Jr.

AMJ/gsw
cc:   Charles A. Stewart III, Esq.– via email
      Katherine E. Perrelli, Esq.– via email

> Trial is adjourned to 11/15/10 at 10:00 am;
> FPTC to be held on 10/29/10 at 11:00 am.;
> defendant's reply being due by 10/15/10.
> No further extensions

SO ORDERED

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

9/15/10

12687671v.1