UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EDELMAN ARTS, INC.,

            Plaintiff,

- against -

ART INTERNATIONAL (UK) LTD.,

           Defendant.

------------------------------------x

No. 06 Civ. 410 (RJH)

**ORDER**

RICHARD J. HOLWELL, District Judge:

The Court had previously postponed trial in this matter until March 14, 2010 because of scheduling constraints. Those constraints no longer exist. Accordingly, trial will begin on January 31, 2011 at 10:00 a.m.

SO ORDERED.

Dated:    December 9, 2010
            New York, New York

                                    RICHARD J. HOLWELL
                                    UNITED STATES DISTRICT JUDGE