# SEYFARTH SHAW LLP
### ATTORNEYS

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone

(212) 218-5586

Writer's e-mail

ajeffrey@seyfarth.com

December 20, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/11

**VIA FACSIMILE (212) 805-7948**

The Honorable Richard J. Holwell
United States District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Edelman Arts, Inc. v. Art international (UK), Ltd.*
      *No. 2006 Civ. 00410 (RJH)*

Dear Judge Holwell:

This firm is counsel for Art International (UK), Ltd. ("Art International"), the defendant in the above-captioned action. We are in receipt of notice from the court that the March 15, 2010 trail in this matter was rescheduled to January 31, 2010. Unfortunately, following the previous adjournment to March 15th, lead counsel had a trial and a court-ordered mediation in other actions scheduled for the January time period. Therefore, we must respectfully request that the trail in this action be rescheduled for February 7th, 8th and the 9th, if necessary. We have conferred with the Court's law clerk to confirm that these dates are available and our adversary, who has stated that while he would prefer the January 31st date, he would not oppose this application.

Thank you for your consideration and attention to this matter.

Respectfully yours,

SEYFARTH SHAW LLP

Alexander M. Jeffrey, Jr.

*Trial is adjourned until 2/7/11.*

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

AMJ:cay
cc:   Charles A. Stewart III, Esq. -via email
      Katherine E. Perrelli, Esq.- via email

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

12995196v.1