# SEYFARTH SHAW LLP
ATTORNEYS



RICHARD J. HOLWELL

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5586

Writer's e-mail
ajeffrey@seyfarth.com

Writer's direct fax
917-344-1204

March 15, 2011

**VIA FACSIMILE (212) 805-7948**

The Honorable Richard J. Holwell
United States District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 3/24/11

    Re:   *Edelman Arts, Inc. v. Art International (UK), Ltd.*
           No. 2006 Civ. 00410 (RJH)

Dear Judge Holwell:

    This firm is counsel for Art International (UK), Ltd., the defendant in the above-captioned action. We submit this letter with the consent of plaintiff's counsel and jointly on behalf of both parties to request that the parties' deadline by which to simultaneously submit their respective post-trial submissions be extended from March 28, 2011 (45 days from the end of the trial in this matter) to April 4, 2011. The basis for the requested extension is that the parties only recently obtained the full transcript of the trial in this matter.

    The parties would also like to confirm that the format of their respective submissions shall be "Findings of Fact and Conclusions of Law."

    Thank you for your consideration and attention to this matter.

*[Handwritten: The extension is granted. A format of "Findings of Fact and Conclusions of Law" for post-trial submissions is acceptable.]*

Respectfully yours,

SEYFARTH SHAW LLP

Alexander M. Jeffrey, Jr.

AMJ/gsw
cc:   Charles A. Stewart III, Esq. – via email
       David Kleinmann, Esq. - via email

**SO ORDERED**

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

3/23/11

13215946v.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA