UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
　　IN THE MATTER OF REASSIGNMENT

　　　　　　　　　　　　　　　　　　　　　　NOTICE OF REASSIGNMENT

　　　　　　OF

　CASES FROM HON. J. PAUL OETKEN

-------------------------------------------X

　　The cases on the attached list are reassigned to the calendar of:

　　　　　　　HON. RICHARD J. HOLWELL

　　The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: October 24, 2011

　　　　　　　　　　　　　　　　　　Ruby J. Krajick, CLERK


　　　　　　　　　　　　　　　　　　　　Shante Jones
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


cc: Attorneys of Record

Judge Oetken to Judge Holwell

06CV 410