USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDELMAN ARTS, INC.,

                Plaintiff,

-against-

ART INTERNATIONAL (UK) LTD., as Agent
for an Undisclosed Principal,
                Defendant.
------------------------------------------------------------X

06 **CIVIL** 0410 (RJH)

**JUDGMENT**

Whereas from February 7, 2011 to February 9, 2011, the Court having held a three-day bench trial in this matter, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on January 24, 2012, having rendered its Memorandum Opinion and Order granting judgment to the defendant, and directing the Clerk of the Court to enter judgment for the defendant and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 24, 2012, judgment is entered for the defendant; accordingly, this case is closed.

**Dated:** New York, New York
          January 25, 2012

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                  **BY:**
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____