

# SEYFARTH SHAW LLP
ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/12

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5586

Writer's e-mail
ajeffrey@seyfarth.com

Writer's direct fax
917-344-1204



RECEIVED
FEB - 7 2012
CHAMBERS OF
RICHARD J. HOLWELL

February 7, 2012

**VIA FACSIMILE (212) 805-7948**

The Honorable Richard J. Holwell
United States District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>    *Re:*    *Edelman Arts, Inc. v. Art International (UK), Ltd.*
>            *No. 2006 Civ. 00410 (RJH)*

Dear Judge Holwell:

This firm is counsel for Art International (UK), Ltd., the named defendant in the above-captioned action. We write to request a brief extension of the deadline by which defendant can move for attorneys' fees and related nontaxable expenses from tomorrow February 8, 2012 to February 24, 2012--the same deadline by which defendant must move for taxable costs.

As you are aware, defendant is the prevailing party pursuant to Your Honor's Memorandum Opinion and Order, dated January 24, 2012, and the related judgment entered January 25, 2012. Rule 54 of the Federal Rules of Civil Procedure provides that a motion for attorneys' fees and related nontaxable expenses must be filed within fourteen (14) days from the entry of judgment, whereas Local Rule 54.1 provides that an application for taxable costs can be made within thirty (30) days from the entry of judgment. Our client, who resides abroad, requires additional time to determine whether it will seek attorneys' fees and related nontaxable expenses, but nevertheless intends to seek its taxable costs on or before the February 24, 2012 deadline. Should defendant determine to also seek its attorneys' fees, such application can and will be made in conjunction with its application for taxable costs.

Thus, for the purposes of judicial economy and to permit defendant time to evaluate an application for attorneys' fees, defendant requests that the current deadline of February 8, 2012, by which it must seek attorneys' fees and related nontaxable costs, be extended to February 24, 2012, an extension that, if granted, will not prejudice plaintiff. We conferred with our adversary

→ SO ORDERED

14162355v1

_Richard J. H._ (Part B)
USDJ
2-8-12

BRUSSELS

WASHINGTON, D.C.

SAN FRANCISCO

SACRAMENTO

NEW YORK

LOS ANGELES

HOUSTON

CHICAGO

BOSTON

ATLANTA



SEYFARTH SHAW LLP
ATTORNEYS

The Honorable Richard J. Holwell
February 7, 2012
Page 2

shortly before submitting this letter, but he was unable to either consent to or reject our request before it became necessary to timely submit this letter to Your Honor. This is the first request for such an extension.

Thank you for your consideration.

Respectfully yours,

SEYFARTH SHAW LLP

Alexander M. Jeffrey, Jr.

cc: Charles A. Stewart III, Esq.— via email

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK.